IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>v.<br><br>DOLORES BRIONES,<br>          Defendant. | §<br>§<br>§<br>§ Cause no. EP-11-CR-2962 FM<br>§<br>§<br>§<br>§<br>§ |

## WAIVER

Dolores Briones, defendant herein, having been advised of the nature of the charges against her, and of her rights, hereby waives in open Court prosecution by Indictment and consents that the proceedings may be by Information and hereby acknowledges that she has been given a copy of said Information before being called upon to plead.

_____       12/9/11
Dolores Briones                                        Date
Defendant

_____
Joshua D. Saegert
Attorney for Defendant